UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ESTHER WELSH,

                      Plaintiff,

-against-

FEDERAL BUREAU OF PRISON,

                      Defendant.

24cv2990 (LTS)

CIVIL JUDGMENT

For the reasons stated in the June 26, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   June 27, 2024
           New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge